UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KRISTIN AND CRAIG KINGREA** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO: 22-4334 |
| | * | |
| **PARK HOTELS & RESORTS INC.,** | * | SECTION: "" MAG. |
| **d/b/a HILTON WORLDWIDE, INC.,** | * | Judge: |
| **and/or HILTON HOTELS** | * | Magistrate: |
| **CORPORATION AND/OR HILTON** | * | |
| **TULUM RIVIERA MAYA** | * | JURY TRIAL REQUESTED |

**************************************

## COMPLAINT

Plaintiffs, Kristin and Craig Kingrea, a persons of the full age of majority and citizens of the United States residing in the State of Louisiana, bring this action against Park Hotels & Resorts, Inc., d/b/a Hilton Worldwide, Inc., and/or Hilton Hotels Corporation and/or Hilton Tulum Riviera Maya, and aver the following:

1.

Jurisdiction is based upon diversity of citizenship and requisite jurisdictional amount pursuant to Title 28 U.S.C., Section 1333 *et seq*.

2.

The amount in controversy herein exceeds SEVENTY-FIVE THOUSAND AND NO/100 DOLLARS ($75,000.00), excluding interest and costs.

3.

Defendant, Park Hotels & Resorts, Inc. d/b/a Hilton Worldwide, Inc., and/or Hilton Hotels Corporation and/or Hilton Tulum Riviera Maya, is a foreign corporation believed to do business in Louisiana, which, upon information and belief, owns and/or operates and/or promotes the Hilton Tulum Riviera Maya in Mexico.

4.

On or about September 14, 2022, plaintiff, Kristin Kingrea, was seriously injured when she tripped/slipped and fell at the Hilton Tulum Riviera Maya located in Tulkal Chemuyil, Carr. Cancún - Tulum 307, 77774 Akumal, Q.R., Mexico.

5.

Plaintiff, Kristin Kingrea, suffered serious injuries and damages as a result of this accident.

6.

The foregoing accident and injuries was due to the negligence of Hilton's premises and/or its employees located at Tulkal Chemuyil, Carr. Cancún - Tulum 307, 77774 Akumal, Q.R., Mexico.

7.

Plaintiff's husband, Craig Kingrea, is making a claim for loss of consortium, services and society.

8.

Plaintiff further contends that the defendant is liable for damages which resulted from this accident as follows: past and future medical expenses, physical pain and suffering, mental anguish, disability, and loss of enjoyment of life.

9.

As a direct result of said accident and injuries sustained, plaintiff was rendered disabled and has sustained lost wages, and will sustain future lost wages; has incurred medical expenses in the past and will incur future medical expenses; and has suffered extreme pain and mental anguish in the past and will suffer extreme pain and mental anguish in the future, all of which plaintiff is entitled to sue and recover from defendant herein, damages in the sum of TEN MILLION AND

NO/100 ($10,000,000.00) DOLLARS.

WHEREFORE, plaintiffs pray for judgment against the defendant, Park Hotels & Resorts, Inc. d/b/a Hilton Worldwide, Inc., and/or Hilton Hotels Corporation and/or Hilton Tulum Riviera Maya, for a sum of money commensurate with the damages herein, together with legal interest thereon from the date of judicial demand, and for all costs of this suit and for all general and equitable relief, AND FOR A TRIAL BY JURY.

Respectfully submitted by:

/s/ *John M. Robin*

_____
JOHN M. ROBIN, LSBA #11341
ZACHARY D. RHODES, LSBA #38063
CATHERINE M. ROBIN, LSBA #37398
600 COVINGTON CENTER
COVINGTON, LOUISIANA 70433
TELEPHONE: 985-893-0370
FAX: 985-893-2511
johnmrobin@johnmrobinlaw.com

**SERVICE VIA WAIVER OF SERVICE**:

Park Hotels & Resorts, Inc.
d/b/a Hilton Worldwide, Inc., and/or
Hilton Hotels Corporation and/or Hilton Tulum Riviera Maya
Through Registered Agent:
The Prentice-Hall Corporation System, Inc.
501 Louisiana Avenue
Baton Rouge, LA 70802